IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| PASSCO INDIAN SPRINGS DST, | § | |
| | § | No. 469, 2016 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below: Court of Chancery |
| v. | § | of the State of Delaware |
| | § | |
| GRAND ACQUISITION, LLC, | § | C.A. No. 12003-VCM |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: March 1, 2017
Decided: March 3, 2017

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## **O R D E R**

This 3rd day of March 2017, it appears to the Court that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its revised opinion dated September 7, 2016.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is hereby AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *Grand Acquisition, LLC v. Passco Indian Springs DST*, 145 A.3d 990 (Del. Ch. Sept. 7, 2016).